UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISHNA JARIWALA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JEAN DOUSSET JEWELRY LLC<br><br>　　　　　　Defendant. | Case No. 20-cv-01860-LAB-LL<br><br>**ORDER OF DISMISSAL** |

　　　Plaintiff Krishna Jariwala filed a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant Jean Dousset Jewelry LLC hasn't served an answer or a motion for summary judgment, so unilateral voluntary dismissal is proper under that Rule. All claims in this matter are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the case.

　　　**IT IS SO ORDERED.**

Dated: December 2, 2020

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Hon. Larry Alan Burns
　　　　　　　　　　　　　　　Chief United States District Judge